# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Rosemary Camilo, | : | Chapter 13 |
| | : | |
| Debtor | : | Bky. No.: 25-11006-amc |

## CERTIFICATION OF SERVICE

I, Joseph Quinn, Esquire, attorney for Debtor, certify that on April 25, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- First Amended Chapter 13 Bankruptcy Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: April 25, 2025          By:    /s/ Joseph Quinn
                                     Joseph Quinn, Esquire
                                     Attorney I.D. No. 307467
                                     **ROSS, QUINN & PLOPPERT, P.C.**
                                     192 S. Hanover Street, Suite 101
                                     Pottstown, PA 19464
                                     T: 610.323.5300
                                     jquinn@rqplaw.com

---

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to next page if necessary.)

Exeter Finance LLC, c/o
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118
Creditor
Via:     ☐ CM/ECF    ☐ 1st Class Mail         ☒ Certified Mail: 9589 0710 5270 2409 1921 09
         ☐ e-mail    ☐ Other:

1

Sonia Johnson, Auth. Agent
U.S. Department of Housing
and Urban Development
801 Market Street, 12th Floor
Philadelphia PA 19107
Creditor
Via:   ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
       ☐ Other:

Roto-Rooter Plumbing &
Water Cleanup
2554 Ford Road
Bristol, PA 19007
Creditor
Via:   ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
       ☐ Other:

Denise Elizabeth Carlon, Esquire on behalf of Pennsylvania Housing Finance Agency
bkgroup@kmllawgroup.com
Attorney
Via:   ☒ CM/ECF    ☐ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
       ☐ Other:

John Eric Kishbaugh, Esquire on behalf of Pennsylvania Housing Finance Agency
ekishbaugh@kmllawgroup.com
Attorney
Via:   ☒ CM/ECF    ☐ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
       ☐ Other:

Scott F. Waterman, Esquire
ECFMail@ReadingCh13.com
Standing Chapter 13 Trustee
Via:   ☒ CM/ECF    ☐ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
       ☐ Other:

Office of the United States Trustee
USTPRegion03.PH.ECF@usdoj.gov
United States Trustee
Via:   ☒ CM/ECF    ☐ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
       ☐ Other: