UNITED STATES BANKRUPTCY COURT
FOR EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

Rosemary Camilo  CHAPTER: 13
4027 Wells ST  CASE NUMBER: 25-11006
Philadelphia, PA 19135  CLAIM AMOUNT: $8677.63

Debtors.
_____

### NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

COMES NOW, Jefferson Capital Systems LLC, and pursuant to Rule 3006, F.R.Bkcy.P., hereby withdraws its Proof of Claim, filed 5/1/2025, in the amount of $8677.63.

Jefferson Capital Systems LLC hereby releases and discharges the Chapter 13 Trustee from any further liability for said Proof of Claim, and specifically requests the Chapter 13 Trustee to discontinue any and all disbursements in connection with said Proof of Claim.

This 1st day of May, 2025.

Jefferson Capital Systems LLC

By: /s/ Nancy Mehrenberg
Nancy Mehrenberg   Bankruptcy Specialist

Jefferson Capital Systems, LLC
200 14th Avenue E
Sartell, MN 56377
(800) 928-7314

## **CERTIFICATE OF SERVICE**

I do hereby certify that I served a copy of the NOTICE OF WITHDRAWAL OF

PROOF OF CLAIM filed in the Bankruptcy case on:

| | |
|---|---|
| Debtor: | Rosemary Camilo |
| | 4027 Wells ST |
| | Philadelphia, PA 19135 |
| | |
| Debtor's Attorney: | Joseph Quinn |
| | 192 S Hanover ST |
| | Pottstown, PA 19464 |
| | |
| Chapter 13 Trustee: | |

by submitting electronically with the court.

This 1st day of May, 2025.

Jefferson Capital Systems LLC

By: /s/ Nancy Mehrenberg
Nancy Mehrenberg   Bankruptcy Specialist

Jefferson Capital Systems, LLC
200 14th Avenue E
Sartell, MN 56377
(800) 928-7314