IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| IN RE: ROSEMARY CAMILO | |
| **Debtor(s)** | Case No.: 25-11006 (AMC) |
| EXETER FINANCE LLC | Chapter 13 |
| f/k/a EXETER FINANCE CORP. | |
| **Movant** | Docket No. |
| v. | |
| ROSEMARY CAMILO | |
| **Respondent(s)** | |

### ORDER APPROVING STIPULATION

    IT IS HEREBY ORDERED that the Stipulation between Exeter Finance LLC f/k/a Exeter Finance Corp. and the Debtor in settlement of the Objection To Confirmation, and filed on or about June 11, 2025 in the above matter is APPROVED.

Dated: June 23, 2025

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE