United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-11006-amc |
| Rosemary Camilo | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 23, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 25, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rosemary Camilo, 4027 Wells Street, Philadelphia, PA 19135-2528 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jun 25, 2025 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 23, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com |
| JOHN ERIC KISHBAUGH, I | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY ekishbaugh@kmllawgroup.com |
| JOSEPH L QUINN | on behalf of Debtor Rosemary Camilo CourtNotices@rqplaw.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Exeter Finance LLC f/k/a Exeter Finance Corp. wcraig@egalawfirm.com mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

District/off: 0313-2 User: admin Page 2 of 2
Date Rcvd: Jun 23, 2025 Form ID: pdf900 Total Noticed: 1
TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| IN RE: ROSEMARY CAMILO | ) |
| **Debtor(s)** | ) Case No.: 25-11006 (AMC) |
| | ) |
| EXETER FINANCE LLC | ) Chapter 13 |
| f/k/a EXETER FINANCE CORP. | ) |
| **Movant** | ) Docket No. |
| | ) |
| v. | ) |
| | ) |
| ROSEMARY CAMILO | ) |
| **Respondent(s)** | ) |
| | ) |

## ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between Exeter Finance LLC f/k/a Exeter Finance Corp. and the Debtor in settlement of the Objection To Confirmation, and filed on or about June 11, 2025 in the above matter is APPROVED.

Dated:  June 23, 2025

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE