# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Rosemary Camilo<br>              Debtor(s)<br><br>PENNSYLVANIA HOUSING FINANCE AGENCY,<br>its successors and/or assigns<br>              Movant<br>   vs.<br><br>Rosemary Camilo<br>              Debtor(s)<br><br>Scott F. Waterman<br>              Trustee | CHAPTER 13<br><br>NO. 25-11006 AMC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Objection to Confirmation of PENNSYLVANIA HOUSING FINANCE AGENCY, which was filed with the Court on or about April 21, 2025.

Dated: June 25, 2025

                                                        Respectfully submitted,

                                                        **/s/ Matthew Fissel**
                                                        Matthew Fissel, Esquire
                                                        Attorney I.D. 314567
                                                        KML Law Group, P.C.
                                                        BNY Mellon Independence Center
                                                        701 Market Street, Suite 5000
                                                        Philadelphia, PA 19106
                                                        201-549-2363
                                                        bkgroup@kmllawgroup.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Rosemary Camilo | BK NO. 25-11006 AMC |
| Debtor(s) | Chapter 13 |
| PENNSYLVANIA HOUSING FINANCE AGENCY | |
| Movant | |
| vs. | |
| Rosemary Camilo | |
| Debtor(s) | |
| Scott F. Waterman | |
| Trustee | |

## CERTIFICATE OF SERVICE

I, Matthew Fissel, certify that on 6/26/2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Praecipe to Withdraw

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Dated: 6/26/2025

**/s/ Matthew Fissel**
Matthew Fissel, Esquire
Attorney I.D. 314567
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-2363
bkgroup@kmllawgroup.com

| Name and Address of Party Served | Relationship of Party | Via |
|---|---|---|
| Rosemary Camilo<br>4027 Wells Street<br>Philadelphia, PA 19135 | Debtor | ☐ Hand-delivered<br>☒ First Class Mail<br>☐ Certified mail<br>☐ E-mail<br>☐ CM/ECF<br>☐ Other<br>_____<br>(as authorized by the court *) |
| Joseph L. Quinn<br>Ross, Quinn & Ploppert, P.C.<br>192 South Hanover Street, Suite 101<br>Pottstown, PA 19464 | Attorney for Debtor | ☐ Hand-delivered<br>☐ First Class Mail<br>☐ Certified mail<br>☐ E-mail<br>☒ CM/ECF<br>☐ Other<br>_____<br>(as authorized by the court *) |
| Scott F. Waterman<br>2901 St. Lawrence Ave.<br>Suite 100<br>Reading, PA 19606 | Trustee | ☐ Hand-delivered<br>☐ First Class Mail<br>☐ Certified mail<br>☐ E-mail<br>☒ CM/ECF<br>☐ Other<br>_____<br>(as authorized by the court *) |