UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: <br>     Rosemary Camilo <br><br>     Debtor | Chapter 13 <br> Bankruptcy No.25-11006-AMC |

## CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 30th day of June, 2025, by first class mail upon those listed below:

Rosemary Camilo
4027 Wells Street
Philadelphia, PA  19135

**Electronically via CM/ECF System Only:**

ROSS, QUINN & PLOPPERT, P.C.
192 S. HANOVER STREET, SUITE 101
POTTSTOWN, PA  19464

 

*/s/ Kristen Gliem*
Kristen Gliem
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee