United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                              Case No. 25-11006-amc

Rosemary Camilo                                        Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                                        User: admin                                          Page 1 of 3

Date Rcvd: Aug 21, 2025                             Form ID: 155                                    Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+                    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^                    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rosemary Camilo, 4027 Wells Street, Philadelphia, PA 19135-2528 |
| 14987423 | | Bob's Discount Furniture, 1000 W Main St, Langhorne, PA 19047 |
| 15010401 | + | Exeter Finance LLC f/k/a Exeter Finance Corp., c/o WILLIAM EDWARD CRAIG, Eisenberg Gold and Agrawal, P.C., 1040 Kings Hwy N #200, Cherry Hill, NJ 08034-1925 |
| 14987429 | + | Jacqueline C. Romero, Esquire, U.S. Attorney's Office, 615 Chestnut Street, Suite 1250, Philadelphia, PA 19106-4490 |
| 14996082 | + | PENNSYLVANIA HOUSING FINANCE AGENCY, c/o DENISE ELIZABETH CARLON, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14987432 | + | PGW, PO Box 11700, Newark, NJ 07101-4700 |
| 14987433 | | Roto-Rooter, 2554 Ford Road, Levittown, PA 19057 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14987422 | + | Email/Text: bankruptcy@acimacredit.com | Aug 22 2025 00:53:00 | Acima Leasing, 13907 Minuteman Dr 5th Floor, Draper, UT 84020-9869 |
| 15034686 | | Email/Text: megan.harper@phila.gov | Aug 22 2025 00:53:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 191021595 |
| 14987424 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 22 2025 01:03:33 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14987425 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 22 2025 01:02:00 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 14987426 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Aug 22 2025 00:53:00 | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 15000337 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 22 2025 01:01:52 | Exeter Finance LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15000768 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 22 2025 00:50:15 | Exeter Finance LLC, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14987427 | + | Email/PDF: acg.exeter.ebn@aisinfo.com | Aug 22 2025 01:02:47 | Exeter Finance LLC, Attn: Bankruptcy, Po Box 166008, Irving, TX 75016-6008 |
| 14996722 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 22 2025 00:50:15 | Exeter Finance LLC c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave Dept APS, Oklahoma City, OK 73118-7901 |
| 14987428 | + | Email/Text: HWIBankruptcy@hunterwarfield.com | Aug 22 2025 00:53:00 | Hunter Warfield, 4620 Woodland Corporate Blvd, Tampa, FL 33614-2415 |
| 15004027 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 22 2025 00:53:00 | Jefferson Capital Systems, LLC, PO Box 7999, St. Cloud, MN 56302-9617 |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| 14987430 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 22 2025 00:53:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 200 14th Ave E, Sartell, MN 56377-4500 |
| 15009515 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 22 2025 00:49:19 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15009310 | + | Email/Text: blegal@phfa.org | Aug 22 2025 00:53:00 | PENNSYLVANIA HOUSING FINANCE AGENCY, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14987431 | | Email/Text: blegal@phfa.org | Aug 22 2025 00:53:00 | Pennsylvania Housing Finance Agency, Attn: Bankruptcy, Po Box 8029, Harrisburg, PA 17105 |
| 14995955 | ^ | MEBN | Aug 22 2025 00:40:49 | PENNSYLVANIA HOUSING FINANCE AGENCY, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 15010421 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 22 2025 01:14:02 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 14987434 | | Email/Text: ssa.bankruptcy@ssa.gov | Aug 22 2025 00:53:00 | Social Security Administration, 6401 Security Boulevard, Baltimore, MD 21235-0001 |
| 14996103 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Aug 22 2025 00:53:00 | U.S. Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 14988120 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Aug 22 2025 01:14:11 | U.S. Department of Housing and Urban Development, 801 Market Street 12th Floor, Philadelphia, PA 19107 |
| 14987435 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Aug 22 2025 01:14:11 | US Department of HUD, 801 Market Street, 12th Floor, Philadelphia, PA 19107 |
| 14987436 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Aug 22 2025 00:52:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |
| 14987437 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Aug 22 2025 00:52:00 | Verizon Wireless, Attn: Bankruptcy, 500 Technology Dr, Ste 599, Weldon Springs, MO 63304-2225 |
| 14987438 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 22 2025 01:03:18 | Walmart, PO Box 53097, Atlanta, GA 30355-1097 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 23, 2025    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 21, 2025 | Form ID: 155 | Total Noticed: 31 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 21, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com |
| JOHN ERIC KISHBAUGH, I | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY ekishbaugh@kmllawgroup.com |
| JOSEPH L QUINN | on behalf of Debtor Rosemary Camilo CourtNotices@rqplaw.com |
| MATTHEW K. FISSEL | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com matthew.fissel@brockandscott.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Exeter Finance LLC f/k/a Exeter Finance Corp. wcraig@egalawfirm.com mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 7

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>   Rosemary Camilo<br><br>   Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 25−11006−amc<br><br>Chapter: 13 |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

    **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: August 20, 2025

                                                                            For The Court

                                                                            Ashely M. Chan
                                                                            Chief Judge, United States Bankruptcy Court