| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
### Chapter 13 Case No. 25-11006-AMC

Rosemary Camilo  
4027 Wells Street  
Philadelphia  PA    19135

Petition Filed Date: 03/14/2025  
341 Hearing Date: 04/25/2025  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/23/2025 | $400.00 | | 05/22/2025 | $400.00 | | 06/24/2025 | $550.25 | |
| 07/29/2025 | $560.24 | | | | | | | |

**Total Receipts for the Period: $1,910.49   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $2,460.74**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | ROSS, QUINN & PLOPPERT, P.C. | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | US DEPARTMENT OF HUD »» 001 | Secured Creditors | $14,807.84 | $0.00 | $0.00 |
| 2 | US DEPARTMENT OF EDUCATION »» 002 | Unsecured Creditors | $23,329.55 | $0.00 | $0.00 |
| 3 | EXETER FINANCE LLC »» 003 | Secured Creditors | $18,815.88 | $0.00 | $0.00 |
| 4 | JEFFERSON CAPITAL SYSTEMS LLC »» 004 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | JEFFERSON CAPITAL SYSTEMS LLC »» 005 | Unsecured Creditors | $8,677.63 | $0.00 | $0.00 |
| 6 | PA HOUSING FINANCE AGENCY »» 006 | Mortgage Arrears | $730.00 | $0.00 | $0.00 |
| 7 | LVNV FUNDING LLC »» 007 | Unsecured Creditors | $541.86 | $0.00 | $0.00 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES »» 008 | Unsecured Creditors | $295.47 | $0.00 | $0.00 |
| 9 | CITY OF PHILADELPHIA (LD) »» 009 | Secured Creditors | $1,289.63 | $0.00 | $0.00 |

**Chapter 13 Case No. 25-11006-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,460.74 | Current Monthly Payment: | $550.00 |
| Paid to Claims: | $0.00 | Arrearages: | ($10.74) |
| Paid to Trustee: | $135.33 | Total Plan Base: | $33,745.00 |
| Funds on Hand: | $2,325.41 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.