UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Rosemary Camilo, | : | Chapter 13 |
| Debtor | : | No. : 25-11006-amc |

### CERTIFICATION OF SERVICE

I, Joseph Quinn, Esquire, attorney for Debtor, certify that on March 4, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Modified Plan

- Motion to Modify, Proposed Order

- Notice of Motion

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: March 4, 2026         By:    /s/ Joseph Quinn_____
                                    Joseph Quinn, Esquire
                                    Attorney I.D. No. 307467
                                    **ROSS, QUINN & PLOPPERT, P.C.**
                                    192 S. Hanover Street, Suite 101
                                    Pottstown, PA 19464
                                    T: 610.323.5300
                                    JQuinn@rqplaw.com

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to next page if necessary.)

Office of the United States Trustee
USTPRegion03.PH.ECF@usdoj.gov
United States Trustee
Via:    ☒ CM/ECF    ☐1ˢᵗ Class Mail        ☐Certified Mail        ☐e-mail:
        ☐Other:

1

Denise Elizabeth Carlon, Esq.
bkgroup@kmllawgroup.com
Pennsylvania Housing Finance Agency
Attorney
Via:    ☒ CM/ECF    ☐1st Class Mail      ☐Certified Mail      ☐e-mail:
        ☐Other:

William Edward Craig, Esq.
wcraig@egalawfirm.com, mortoncraigecf@gmail.com;alapinski@egalawfirm.com
Exeter Finance LLC f/k/a Exeter Finance Corp
Attorney
Via:    ☒ CM/ECF    ☐1st Class Mail      ☐Certified Mail      ☐e-mail:
        ☐Other:

Matthew K. Fissel, Esq.
bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com
Pennsylvania Housing Finance Agency
Attorney
Via:    ☒ CM/ECF    ☐1st Class Mail      ☐Certified Mail      ☐e-mail:
        ☐Other:

Leon P. Haller, Esq.
lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com
Pennsylvania Housing Finance Agency
Attorney
Via:    ☒ CM/ECF    ☐1st Class Mail      ☐Certified Mail      ☐e-mail:
        ☐Other:

John Eric Kishbaugh I, Esq.
ekishbaugh@kmllawgroup.com
Pennsylvania Housing Finance Agency
Attorney
Via:    ☒ CM/ECF    ☐1st Class Mail      ☐Certified Mail      ☐e-mail:
        ☐Other:

Scott F. Waterman, Esq.
ECFMail@ReadingCh13.com
Standing Chapter 13 Trustee
Via:    ☒ CM/ECF    ☐1st Class Mail      ☐Certified Mail      ☐e-mail:
        ☐Other:

Acima Leasing
13907 Minuteman Dr 5th Floor
Draper, UT 84020
Creditor
Via:    ☐ CM/ECF    ☒1st Class Mail    ☐Certified Mail    ☐e-mail:
        ☐Other:

Bob's Discount Furniture
1000 W Main St
Langhorne, PA 19047
Creditor
Via:    ☐ CM/ECF    ☒1st Class Mail    ☐Certified Mail    ☐e-mail:
        ☐Other:

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130
Creditor
Via:    ☐ CM/ECF    ☒1st Class Mail    ☐Certified Mail    ☐e-mail:
        ☐Other:

Christopher L. Potter
SSA, OGC - Office of Program Lit - Bankruptcy
6401 Security Blvd.
Baltimore, MD 21235
Creditor
Via:    ☐ CM/ECF    ☒1st Class Mail    ☐Certified Mail    ☐e-mail:
        ☐Other:

Credit One Bank
Attn: Bankruptcy Department
6801 Cimarron Rd
Las Vegas, NV 89113
Creditor
Via:    ☐ CM/ECF    ☒1st Class Mail    ☐Certified Mail    ☐e-mail:
        ☐Other:

Dept Of Education/neln
Po Box 82561
Lincoln, NE 68501
Creditor
Via:    ☐ CM/ECF    ☒1st Class Mail    ☐Certified Mail    ☐e-mail:
        ☐Other:

Hunter Warfield
4620 Woodland Corporate Blvd
Tampa, FL 33614
Creditor
Via:   ☐ CM/ECF   ☒1ˢᵗ Class Mail   ☐Certified Mail   ☐e-mail:
☐Other:

Jacqueline C. Romero, Esquire
U.S. Attorney's Office
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106
Creditor
Via:   ☐ CM/ECF   ☒1ˢᵗ Class Mail   ☐Certified Mail   ☐e-mail:
☐Other:

Jefferson Capital Systems, LLC
PO Box 7999
St. Cloud, MN 56302-9617
Creditor
Via:   ☐ CM/ECF   ☒1ˢᵗ Class Mail   ☐Certified Mail   ☐e-mail:
☐Other:

Jefferson Capital Systems, LLC
Attn: Bankruptcy
200 14th Ave E
Sartell, MN 56377
Creditor
Via:   ☐ CM/ECF   ☒1ˢᵗ Class Mail   ☐Certified Mail   ☐e-mail:
☐Other:

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587
Creditor
Via:   ☐ CM/ECF   ☒1ˢᵗ Class Mail   ☐Certified Mail   ☐e-mail:
☐Other:

PGW
PO Box 11700
Newark, NJ 07101
Creditor
Via:   ☐ CM/ECF   ☒1ˢᵗ Class Mail   ☐Certified Mail   ☐e-mail:
☐Other:

PORTFOLIO RECOVERY ASSOCIATES, LLC
POB 41067
Norfolk, VA 23541
Creditor
Via:    ☐ CM/ECF    ☒1st Class Mail    ☐Certified Mail    ☐e-mail:
        ☐Other:

Roto-Rooter
2554 Ford Road
Levittown, PA 19057
Creditor
Via:    ☐ CM/ECF    ☒1st Class Mail    ☐Certified Mail    ☐e-mail:
        ☐Other:

Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235-0001
Creditor
Via:    ☐ CM/ECF    ☒1st Class Mail    ☐Certified Mail    ☐e-mail:
        ☐Other:

Social Security Administration
SSA, OGC - Office of Program Lit - Bankruptcy
6401 Security Blvd.
Baltimore, MD 21235
Creditor
Via:    ☐ CM/ECF    ☒1st Class Mail    ☐Certified Mail    ☐e-mail:
        ☐Other:

U.S. Department of Education c/o Nelnet
121 S 13th St
Lincoln, NE 68508
Creditor
Via:    ☐ CM/ECF    ☒1st Class Mail    ☐Certified Mail    ☐e-mail:
        ☐Other:

U.S. Department of Housing
and Urban Development
801 Market Street 12th Floor
Philadelphia, PA 19107
Creditor
Via:    ☐ CM/ECF    ☒1st Class Mail    ☐Certified Mail    ☐e-mail:
        ☐Other:

Verizon
Verizon Wireless Bk Admin
500 Technology Dr Ste 550
Weldon Springs, MO 63304
Creditor
Via:    ☐ CM/ECF    ☒1st Class Mail    ☐Certified Mail    ☐e-mail:
        ☐Other:

Verizon Wireless
Attn: Bankruptcy
500 Technology Dr, Ste 599
Weldon Springs, MO 63304
Creditor
Via:    ☐ CM/ECF    ☒1st Class Mail    ☐Certified Mail    ☐e-mail:
        ☐Other:

Walmart
PO Box 53097
Atlanta, GA 30353
Creditor
Via:    ☐ CM/ECF    ☒1st Class Mail    ☐Certified Mail    ☐e-mail:
        ☐Other:

Water Revenue Bureau
c/o City of Philadelphia Law Department
Tax & Revenue Unit
Bankruptcy Group, MSB
1401 John F. Kennedy Blvd., 5th Floor
Philadelphia, PA 19102-1595
Creditor
Via:    ☐ CM/ECF    ☒1st Class Mail    ☐Certified Mail    ☐e-mail:
        ☐Other: