UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Rosemary Camilo, | : | Chapter 13 |
| Debtor | : | No. :  25-11006-amc |

## ORDER

AND NOW, upon consideration of the Debtor's Motion to Modify the Chapter 13 Plan

(Post-Confirmation), and after notice and an opportunity for hearing, if any, it is hereby

ORDERED that the Debtor's Motion is GRANTED; and,

IT IS FURTHER ORDERED that the Modified Chapter 13 Plan dated March 4, 2026 is

hereby APPROVED.

BY THE COURT:

**Date: April 9, 2026**

_____
HONORABLE ASHELY M. CHAN
CHIEF U.S. BANKRUPTCY JUDGE