THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Rosemary Camilo, | : | Chapter 13 |
| Debtor | : | No. : 25-11006-amc |

## CERTIFICATE OF NO RESPONSE

The undersigned does hereby certify:

1. That I am the attorney for Rosemary Camilo, debtor in the above-captioned matter.

2. That a copy of the Supplemental Application for Compensation filed with the Court on April 7, 2026 along with the Notice of Application and Certificate of Service were timely served on parties in interest on April 7, 2026.

3. A response deadline to the application was due on or before April 28, 2026.

4. As of May 5, 2026, no response to said Application has been received.

**ROSS, QUINN & PLOPPERT, P.C.**

By: */s/ Joseph L. Quinn*_____
    Joseph L. Quinn, Esquire
    Attorney for Debtor
    Attorney I.D. No. 307467
    192 S. Hanover Street, Suite 101
    Pottstown, PA 19464
    Ph: (610) 323-5300

Dated: May 5, 2026