UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Rosemary Camilo                    :          Chapter 13
                                           :
                          Debtor           :          Bky. No.:  25-11006-amc

### SUPPLEMENTAL CERTIFICATION OF SERVICE

I, Joseph Quinn, Esquire, attorney for Debtor, certify that on April 7, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Supplemental Application for Compensation, Exhibits

- Proposed Order

- Notice of Application

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: May 6, 2026            By:    */s/ Joseph Quinn*_____
                                    Joseph Quinn, Esquire
                                    Attorney I.D. No. 307467
                                    **ROSS, QUINN & PLOPPERT, P.C.**
                                    192 S. Hanover Street, Suite 101
                                    Pottstown, PA 19464
                                    T: 610.323.5300
                                    JQuinn@rqplaw.com

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to next page if necessary.)

Rosemary Camilo
4027 Wells Street
Philadelphia, PA 19135
Debtor
Via:    ☐ CM/ECF    ☒ 1st Class Mail        ☐ Certified Mail        ☐ e-mail:
        ☐ Other: