UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Rosemary Camilo                  :          Chapter 13
                                         :
                    Debtor               :          Bky. No.:  25-11006-amc

**ORDER**

**AND NOW,** upon consideration of the Supplemental Application for Compensation ("the Application" filed by the Debtor's counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1.      The Application is **GRANTED**.

2.      Supplemental Compensation is **ALLOWED** in favor of the Applicant in the amount of **$1,000.00**.

3.      Supplemental Expenses are **ALLOWED** in favor of the Applicant in the amount of **$0.00**.

BY THE COURT:

_____

HON. ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE

**Date: May 7, 2026**