Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Rosemary Camilo
4027 Wells Street
Philadelphia, PA 19135

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 25-11006-AMC**

Petition Filed Date: 03/14/2025
341 Hearing Date: 04/25/2025
Confirmation Date: 08/20/2025

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/21/2025 | $550.25 | | 09/23/2025 | $569.00 | | 11/03/2025 | $569.00 | |
| 12/02/2025 | $569.00 | | 01/13/2026 | $500.00 | | 01/14/2026 | $72.99 | |
| 04/03/2026 | $786.00 | | 05/11/2026 | $786.00 | | 06/29/2026 | $786.99 | |
| 07/27/2026 | $786.99 | | | | | | | |

**Total Receipts for the Period: $5,976.22 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $7,886.71**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | ROSS, QUINN & PLOPPERT, P.C. | Attorney Fees | $3,770.00 | $3,770.00 | $0.00 |
| 1 | US DEPARTMENT OF HUD<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | US DEPARTMENT OF EDUCATION<br>»» 002 | Unsecured Creditors | $23,329.55 | $0.00 | $23,329.55 |
| 3 | EXETER FINANCE LLC<br>»» 003 | Secured Creditors | $24,555.36 | $1,983.50 | $22,571.86 |
| 4 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 004 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 005 | Unsecured Creditors | $8,677.63 | $0.00 | $8,677.63 |
| 6 | PA HOUSING FINANCE AGENCY<br>»» 006 | Mortgage Arrears | $730.00 | $58.96 | $671.04 |
| 7 | LVNV FUNDING LLC<br>»» 007 | Unsecured Creditors | $541.86 | $0.00 | $541.86 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 008 | Unsecured Creditors | $295.47 | $0.00 | $295.47 |
| 9 | CITY OF PHILADELPHIA (LD)<br>»» 009 | Secured Creditors | $1,289.63 | $104.18 | $1,185.45 |
| 10 | SOCIAL SECURITY ADMINISTRATION OFFICE<br>»» 010 | Unsecured Creditors | $12,851.00 | $0.00 | $12,851.00 |
| 11 | ACIMA CREDIT | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | ACIMA CREDIT | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 13 | HUNTER WARFIELD | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 25-11006-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 14 | PHILADELPHIA GAS WORKS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 15 | ROTO ROOTER SERVICES COMPANY | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 16 | VERIZON WIRELESS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 17 | VERIZON WIRELESS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 18 | PA HOUSING FINANCE AGENCY<br>»» 06B | Mortgage Arrears | $7,545.61 | $429.47 | $7,116.14 |
| 0 | ROSS, QUINN & PLOPPERT, P.C.<br>»» 4/7 SFA FILED<br>5/5 CNR FILED | Attorney Fees | $1,000.00 | $1,000.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $7,886.71 | Current Monthly Payment: | $786.00 |
| Paid to Claims: | $7,346.11 | Arrearages: | $1,570.02 |
| Paid to Trustee: | $540.60 | Total Plan Base: | $43,254.73 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.